# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1660

_____

| | | |
|---|---|---|
| Thomas R. Louden; Hazel Schilb, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | |
| | * | |
| Clifford M. Skinaway, Sr., Deceased; | * | |
| Gloria Skinaway, Wife; Sandy M. | * | |
| Skinaway Perry, Daughter; Monroe | * | |
| Skinaway, Brother; Sandy Lake | * | |
| Indian Reservation; Ojibwe | * | Appeal from the United States |
| Foundation of Sandy Lake Board | * | District Court for the |
| Members; Ken Litzau; Duane Martin, | * | District of Minnesota. |
| Secretary/Treasurer; Lorene Skinaway; | * | [UNPUBLISHED] |
| Elizabeth Skinaway; Kenneth Perry, | * | |
| Sr.; Sharon Martin; John Remington | * | |
| Granham; Marvin Strong; City of | * | |
| Brainerd, Minnesota; Bonnie K. | * | |
| Cumberland, Mayor; Council | * | |
| Members; James J. Dehen, Jr.; Mark | * | |
| O'Day; Frank Asplund; Kevin Olander; | * | |
| James E. Wallin; Lucy Neshaim; Gene | * | |
| L. Goedker, City Attorney; Tom | * | |
| Fitzpatrick, City Administrator; Daniel | * | |
| J. Vogt, City Engineer; Jeff Hulsether, | * | |
| City Planner; Al Cottingham, City | * | |
| Building Officials; Jack Endfield; | * | |
| Tim Caughey; William O'Hara; Jack | * | |
| Antolak; Clinton Nelson, doing | * | |
| business as Positive Realty; Jane Dows, | * | |

participating defendants; John Dows, *
upon future disclosures/disposition, *
        *

   Appellees.   *

      _____

     Submitted:  September 4, 1998
      Filed:  September 9, 1998
      _____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.
      _____

PER CURIAM.

  Thomas R. Louden and Hazel Schilb appeal the district court's[1] order dismissing their action.  Having carefully reviewed the record and the appellate briefs, we find no reversible error and affirm without further discussion.  See 8th Cir. R. 47B.

  A true copy.

   Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

  [1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.